**IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NICHOLAS KUHAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PETZL COMPANY, d/b/a PETZEL; PETZL AMERICA, INC. d/b/a PETZL; THOMPSON MANUFACTURING; et al., <br><br> Defendants. | HONORABLE RENÉE MARIE BUMB <br><br> Civil Action <br> No. 16-395 (RMB/JS) <br><br> **ORDER ADOPTING <br> REPORT AND RECOMMENDATION** |

This matter comes before the Court upon the Report and Recommendation of the Honorable Joel Schneider, U.S. Magistrate Judge entered October 15, 2019 [Docket Item 337], which recommended that Defendant Quality Plating's Motion for Summary Judgment [Docket Item 183] be granted in its entirety and that summary judgment be entered in favor of Defendant Quality Plating as to all of Plaintiffs' claims and all cross-claims; and

The parties were advised on that date that any objections to this Report and Recommendation were to be served and filed with the Clerk of Court within fourteen (14) days thereof, pursuant to Fed. R. Civ. P. 72(b) and L. Civ. R. 72.1(a)(2); and

No objections to the Report and Recommendation have been received, and the time for objections has expired; and

The Court has independently reviewed the record and the Report and Recommendation and hereby adopts it as the Opinion of this Court;

As recommended, Defendant Quality Plating's Motion for Summary Judgment [Docket Item 183] shall be granted in its entirety and summary judgment shall be entered in favor of Defendant Quality Plating as to all of Plaintiffs' claims and all cross-claims. Accordingly and for the reasons set forth above,

IT IS this __**31st**__ day of __**October**__, **2019** hereby

**ORDERED** that this Court hereby **ADOPTS** the Report and Recommendation of the Honorable Joel Schneider, U.S. Magistrate Judge entered October 15, 2019 [Docket Item 337]; and it is further

**ORDERED** that summary judgment shall be entered in favor of Defendant Quality Plating as to all of Plaintiffs' claims and all cross-claims.

s/ Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**