[Docket Items 184, 186, 193, 326, 338]

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS KUHAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PETZL COMPANY, d/b/a PETZEL; et al., <br><br> Defendants. | HONORABLE RENÉE MARIE BUMB <br><br> Civil Action <br> No. 16-395 (RMB/JS) <br><br> **ORDER** |

This matter comes before the Court upon the Report and Recommendation of the Honorable Joel Schneider, U.S. Magistrate Judge entered October 21, 2019 [Docket Item 338], which recommended that the Motions for Summary Judgment filed by Defendants Bailey's Corporation, Uintah Fastener & Supply, Petzl Corporation and Petzl America, and by Brighton Best, Inc. and Porteous Fastener Co. [Docket Items 184, 186, 193 and 326] be granted in their entirety and that summary judgment be entered in favor of all aforenamed defendants; objections to the Report and Recommendation having been received as well as responses thereto; the Court having independently reviewed the record and the Report and Recommendation, and having considered the submissions of the parties; and for the reasons set forth in the Memorandum Opinion of today's date,

IT IS this __19th__ day of __November__, 2019 hereby

**ORDERED** that this Court hereby **ADOPTS** the Report and Recommendation of the Honorable Joel Schneider, U.S. Magistrate Judge entered October 21, 2019 [Docket Item 338]; and it is further

**ORDERED** that summary judgment shall be entered in favor of Defendants Bailey's Corporation, Uintah Fastener & Supply, Petzl Corporation, Petzl America, Brighton Best, Inc., and Porteous Fastener Co. as to all of Plaintiffs' claims; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

s/ Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge